**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF CONTINUING ABATEMENT

Appellate case name:        Ryan C. Carlson v. Wells Fargo Bank, NA

Appellate case number:    01-18-00802-CV

Trial court case number:   17-CV-1558

Trial court:                       212th District Court of Galveston County

This Court's March 19, 2019 Order of Abatement had abated and remanded this case for the district court to hold a hearing, hear evidence, and enter findings of fact and conclusions of law regarding appellant's motion to reconsider his indigency status. In addition, that Order had also ordered the district court to have a court reporter, or court recorder, record the hearing and file the reporter's record with this Court no later than 30 days from the March 19, 2019 order.

On April 1, 2019, the district clerk filed a supplemental clerk's record, which includes the district court's statement that its indigence finding had not changed. To date, no supplemental reporter's record of a hearing has been timely filed. Filings from appellee state that the district court has not scheduled a hearing pursuant to our March 19, 2019 Order of Abatement.

Accordingly, the Court sua sponte continues to **ABATE** the appeal and **REMANDS** for the district court to hold a hearing and hear evidence pursuant to Rule 20.1(b)(3)(B) of the Texas Rules of Appellate Procedure, and, as requested by this Court's March 19, 2019 Order, and shall cause a court reporter, or court recorder, to record the hearing and file the reporter's record with this Court no later than 30 days from the date of this Order. We further **ORDER** the district clerk to file a supplemental clerk's record containing the trial court's findings and conclusions with this Court within 30 days of the date of this order.

This appeal remains abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the supplemental clerk's record and reporter's record of the hearing are filed with this Court.

It is so ORDERED.

Judge's signature: _____/s/__Sherry Radack_____
⊠ Acting individually    ☐ Acting for the Court
Date: __April 11, 2019____